IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED
AUG 0 7 2017
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| KENNETH SENST,<br><br>Plaintiff,<br><br>vs.<br><br>FLAGSTAR BANK F.S.B. AND DOES I-V,<br><br>Defendants. | No. CV-16-29-BU-SEH<br><br>**ORDER** |

Upon the record made in open court on August 7, 2017,

ORDERED:

Flagstar Bank's Motion for Summary Judgment on Senst's Equal Credit Opportunity Act Claim[1] is DENIED.

DATED this 7th day of August, 2017.

SAM E. HADDON
United States District Judge

---

[1] Doc. 44.